## STATE OF CONNECTICUT *v.* FRANCISCO LINARTE

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 93 (AC 25607), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Deborah G. Stevenson*, special public defender, in support of the petition.

901

*Sarah Hanna,* deputy assistant state's attorney, in opposition.